```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**BLAKE SPENCER HUXLEY**                                          **PLAINTIFF**

   v.                    Civil No. 11-5154

**MAJOR RANDALL DENZER;**
**OFFICER DOYLE SHARP; and**
**OFFICER ROBERT SCHULTZ**                                        **DEFENDANTS**

### O R D E R

Now on this 12th day of April, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 26) to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 26) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to obey an order of the Court and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                /s/JIMM LARRY HENDREN
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE